IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 12m-35E ) |
| DAVID MARTINEZ, | ) ) |
| Defendant. | ) Violation: 18 USC §§ 7, 13 (47 OSA 6-303B) |

## INFORMATION

*Nolo.*
*Amended to pwdvl*

The United States Attorney charges:

### Count 1

On or about January 11, 2012 in the Western District of Oklahoma at Ft. Sill Military Reservation,

- - - - - - - - - - - - - - - - - - - - - - - - **DAVID MARTINEZ** - - - - - - - - - - - - - - - - - - - - - - -

the defendant, did drive a yellow 2012 Chevy Avalanche motor vehicle bearing Oklahoma tag #376-PYF when his privilege to do so was suspended.

All in violation of Title 47, Section 6-303B of the Oklahoma Statutes, and Title 18, United States Code, Sections 7(3) and 13.

SANFORD C. COATS
United States Attorney

_____
AHSAN M. NASAR
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Criminal Law Division
Fort Sill, OK 73503
(580) 442-3900

STATE OF OKLAHOMA )
) SS
COUNTY OF COMANCHE )

## VERIFICATION

I, AHSAN M. NASAR, being first duly sworn, state that I have read the contents of the foregoing Information and, to the best of my knowledge, I believe the statements therein are true based upon representation to me by a member of the United States law enforcement unit.

_____
AHSAN M. NASAR
Special Assistant U.S. Attorney

SUBSCRIBED AND SWORN to before me this 26th day of January, 2012

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE