AO 86A  (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

# UNITED STATES DISTRICT COURT
for the

Western District of Oklahoma

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  12m-035E |
| DAVID  MARTINEZ | ) | |
| _____Defendant_____ | ) | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty.  The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

X  _____
                              *Defendant's signature*

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

X  _____
                              *Defendant's signature*

The United States consents to the jury-trial waiver:

_____
                              *Government representative's signature*

AHSAN  M.  NASAR,  SAUSA
_____
                              *Government representative's printed name and title*

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

X  _____
                              *Defendant's signature*

_____
*Printed name of defendant's attorney (if any)*

_____
*Signature of defendant's attorney (if any)*

Date:  1/26/12

Approved by:  _____
                              *Magistrate Judge's signature*